3/30/23

Su An Graham
Plaintiffs

VS

CIM Living
defendant

FILED
2023 MAR 30 PM 9:14
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT OF INDIANA

NO 3:23-CV-7-DRL mgg

FILED
2023 MAR 30 PM 9:09
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT OF INDIANA

## Motion for a default judgement

I Su An Graham pro se litigate file rule 55 in Federal Rule Civil Procedure. They are aware of this case and their attorney Matthew Yeakey has refused to respond. It is passed the 21 days. I request that the case be ruled in my favor for the housing discrimination for 1,500,000 million.

Su An Graham