UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DEANN G GRAHAM,

                    Plaintiff,

      v.                          CAUSE NO. 3:23-CV-7 DRL-SJF

CIM LIVING,

                    Defendant.

## ORDER

This matter is before the court following Magistrate Judge Scott Frankel's report and recommendation [51], which recommended that this case be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(b). No objections were filed by the April 18, 2025 deadline. Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety and DISMISSES this case.

SO ORDERED.

April 28, 2025                  *s/ Damon R. Leichty*
                                    Judge, United States District Court