# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DEANN G GRAHAM
*also known as* DeAnn Graham

       Plaintiff

      v.

                                      Civil Action No.  3:23-cv-7

CIM LIVING

MELISSA CHAVEZ
*Defendant from 3:23-cv-238 TERMINATED: 12/11/2023*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Judge Damon R Leichty.

AO 450 (Rev. 01/09)  Judgment in a Civil Action

DATE: 4/28/2025                    CHANDA J. BERTA, CLERK OF COURT


                                   by   s/A. Highlen
                                   *Signature of Clerk or Deputy Clerk*